FILED

2023 Jul-17  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| Gray Casualty & Surety Company | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 5:22-cv-00678-LCB |
| | ) | |
| FSA Trucking, Inc. | ) | |
| _Defendant(s)_ | ) | |

Alias

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   FSA Trucking, Inc.
c/o Walter Gamble
11839 Tidewater Drive
Cottendale, AL 35453-0464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joshua K. Chesser
Krebs Farley & Dry, PLLC
400 Poydras Street, Suite 2500
New Orleans, LA 70130

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GREER M. LYNCH, CLERK

CLERK OF COURT

Date: 7/17/2023

_Signature of Clerk or Deputy Clerk_